# Exhibit B

**SOUTHERN
ENVIRONMENTAL
LAW
CENTER**

48 Patton Avenue, Suite 304          Telephone 828-258-2023
Asheville, NC 28801                  Facsimile 828-258-2024

September 15, 2023

*Via Certified Mail/Return Receipt Requested*

William M. Moss                          William M. Moss
Moss Land Company, LLC                   Registered Agent
2276 Defoors Ferry Road, NW              Moss Land Company, LLC
Atlanta, GA 30318                        2276 Defoors Ferry Road, NW
                                         Atlanta, GA 30318

Mr. Michael S. Regan, Administrator      Ms. Jeaneanne Gettle
Environmental Protection Agency          Acting Regional Administrator
Office of the Administrator              US EPA, Region 4
Mail Code 1101A                          Sam Nunn Atlanta Federal Center
1200 Pennsylvania Avenue, NW             61 Forsyth Street, SW
Washington, DC 20460                     Atlanta, GA 30303-3104

Ms. Anna Truszcynski, Chief              Mr. Chuck Mueller, Chief
Watershed Protection Branch              Land Protection Branch
Georgia Department of Natural Resources  Georgia Department of Natural Resources
Environmental Protection Division        Environmental Protection Division
2 Martin Luther King Jr. Drive           2 Martin Luther King Jr. Drive, SE
Suite 1470-A East                        Suite 1054, East Floyd Tower
Atlanta, GA 30334                        Atlanta, GA 30334-9000

Re:    **Notice of Intent to File Citizen Suit Pursuant to Federal Clean Water Act and the
       Resource Conservation and Recovery Act**

Ladies and Gentlemen:

The purpose of this letter is to notify Moss Land Company, LLC ("Moss Land Company"),
owner of certain parcels of real property located on Pine Chapel Road and Moss Road in Calhoun,
Georgia, parts of which serve as City of Calhoun Land Application Site 11 ("Sludge Field 11"),[1]
that the Coosa River Basin Initiative ("CRBI") intends to file suit in sixty (60) days under Section
505(a)(1) of the Clean Water Act ("CWA"), 33 U.S.C. § 1365(a)(1), in Federal District Court
against Moss Land Company for serious and ongoing violations of the CWA. These violations
arise out of illegal and unpermitted discharges of toxic per- and polyfluoroalkyl substances
("PFAS") from Sludge Field 11 into the Coosawattee River, which have contaminated the
Coosawattee River, the primary source of drinking water for the majority of Calhoun and Gordon
County, with PFAS.

This letter is also to notify Moss Land Company that CRBI intends to file suit in ninety
(90) days under Section 7002(a)(1)(B) of the Resource Conservation and Recovery Act ("RCRA"),
42 U.S.C. § 6972(a)(1)(B), in Federal District Court against Moss Land Company arising out of
the longstanding and ongoing handling and disposal of PFAS-contaminated sludge from the

---

[1] See Map attached hereto as Attachment "A".

Charlottesville    Chapel Hill    Atlanta    Asheville    Birmingham    Charleston    Nashville    Richmond    Washington, DC

Calhoun Water Pollution Control Plant on Sludge Field 11, which may present an imminent and substantial endangerment to health or the environment. Among other harms, Moss Land Company's disposal of significant amounts of PFAS-contaminated sludge/biosolids on Sludge Field 11 may present an imminent and substantial endangerment to the environment and to the health of users of drinking water provided by Calhoun's Mauldin Road Water Treatment Plant, which is contaminated with PFAS, including PFOA and PFOS above EPA's Drinking Water Health Advisory and other PFAS above safe consumption levels, due to the ongoing PFAS contamination of the Coosawattee River.

***Persons Giving Notice***

  This letter also provides the required notice to the Environmental Protection Agency and the Georgia Department of Natural Resources. As required by 40 C.F.R. § 135.3 and 40 C.F.R. § 254.3, CRBI's address and telephone number are:

> Coosa River Basin Initiative
> 5 Broad Street
> Rome, GA
> (706) 232-2724

  Coosa River Basin Initiative is a non-profit corporation organized under the State of Georgia that seeks to protect, preserve, and restore one of North America's most biologically diverse river systems, the Upper Coosa River Basin, including the Coosawattee River, Conasauga River, Oostanaula River, Coosa River, Weiss Lake, and connected waters including groundwater and springs that feed these waters. CRBI achieves these purposes and objectives through education, advocacy, water quality monitoring, public engagement, social events, sampling, pollution prevention measures, and seeking redress in the courts when reasonably necessary. CRBI is a member organization with approximately 500 members, including individuals, families, and businesses – many of whom live, consume drinking water, work, swim, fish, boat or otherwise recreate on, near, and around the Coosawattee River and downstream waters, such as the Oostanaula River, Coosa River, and Weiss Lake. These members have been and will continue to be harmed by Moss Land Company's CWA and RCRA violations and these injuries are redressable in a CWA and RCRA citizen suit.

  The Southern Environmental Law Center is legal counsel for CRBI in this matter, and any response or correspondence related to this letter should be directed only to CRBI's legal counsel identified below:

Christopher J. Bowers
Hutton Brown
Southern Environmental Law Center
Ten 10th Street NW
Suite 1050
Atlanta, GA 30309
cbowers@selcga.org
hbrown@selcga.org

James S. Whitlock
Southern Environmental Law Center
48 Patton Avenue, Suite 304
Asheville, NC 28801
jwhitlock@selcnc.org

## BACKGROUND

### Calhoun WPCP

The City of Calhoun ("Calhoun") operates the Calhoun Water Pollution Control Plant ("WPCP") pursuant to NPDES permit No. GA0030333 and is authorized to discharge up to 16.0 million gallons per day ("MGD") of treated domestic wastewater via outfall 001 to the Oostanaula River in the Upper Coosa River Basin. Calhoun's economy consists of a large industrial base, and it is home to the second largest center (after Dalton, the carpet capital of the world) for carpet production in Georgia.[2] As a result, a large number of industrial users – the overwhelming majority of which are in the carpet production and/or finishing sectors – discharge industrial process wastewater to the Calhoun WPCP. These industrial users in Calhoun utilize PFAS in their processes and discharge these PFAS to the Calhoun WPCP as part of their industrial discharges.[3] Sampling conducted one such carpet sector industrial user's discharge into the Calhoun WPCP in 2018 confirmed the presence of high levels of various PFAS chemicals, including PFOA at 26 parts per trillion ("ppt"), PFOS at 250 ppt, and PFBS at 180 ppt.

The Calhoun WPCP utilizes a conventional biological treatment process which is incapable of destroying or removing PFAS from these industrial discharges. As a result, PFAS pass through the Calhoun WPCP and these chemicals are discharged in the WPCP effluent to the Oostanaula River. PFAS also accumulate in high concentrations in the sludge/biosolids produced by the WPCP, which have, since the mid-1990's, been disposed of by land application at numerous locations throughout Calhoun and Gordon County. Calhoun disposes of this PFAS-contaminated sludge in this manner because it is cheaper than paying landfill tipping fees for the sludge,[4] and between 2002 and 2022 disposed of approximately 39,000 dry tons of sludge at more than 50 disposal locations throughout Calhoun and Gordon County.[5]

### Sludge Field 11

Moss Land Company is the owner of three large parcels of real property in Calhoun that contain twelve (12) of these sludge disposal sites designated as Field IDs 11-01 through 11-12 (collectively "Sludge Field 11").[6] *See* Attachment "A"; *see also* Figure 1, below, Location 2. Sludge Field 11 is located adjacent to the Coosawattee River and just upstream of the Mauldin Road Water Treatment Plant ("WTP") drinking water intake. *See* Figure. 1, Location 3.

---

[2] Atlantic Coast Consulting, Inc., Solid Waste Management Plan Update for Gordon County, January 2007 (Revised February 2008), at 2.

[3] Interstate Tech. Reg. Council ("ITRC"), Biosolids and Per- and Polyfluoroalkyl Substances (PFAS), at 1, https://pfas-1.itrcweb.org/wp-content/uploads/2022/10/Biosolids_PFAS_Fact_Sheet_102022_508.pdf; *see also* Cal. Dep't of Toxic Substances Control, Product-Chemical Profile for Carpets and Rugs Containing Perfluoroalkyl or Polyfluoroalkyl Substances (2019), at 7, 27, 52, https://dtsc.ca.gov/wp-content/uploads/sites/31/2020/02/Final_Product-Chemical_Profile_Carpets_Rugs_PFASs_a.pdf.

[4] Note 2, *supra*, at 17.

[5] Calhoun has only utilized certain of these locations in any given year and presently disposes of sludge on a subset of approximately twenty-eight (28) locations, including Sludge Field 11.

[6] Gordon County Parcel No. 064 001, which has approximately 883 acres, contains Field IDs 11-1, 11-2, and 11-11; Parcel No. 064 033, which has 212.41 acres, contains Field IDs 11-8, 11-9, and 11-10; and Parcel No. 063 028, which has 1,117 acres, contains Field IDs 11-3, 11-4, 11-5, 11-6, 11-7, and 11-12.



*Figure 1*

As part of Calhoun's broader sludge treatment, handling, transport, and disposal program, Calhoun and Moss Land Company have, for over twenty (20) years, utilized Sludge Field 11 for the disposal of PFAS-contaminated sludge from the Calhoun WPCP, and continue to do so today. Between 2002 and 2022, Calhoun and Moss Land Company disposed of nearly 28,000 dry tons of sludge – approximately 70% of the sludge diverted from the Calhoun WPCP during this period – on Sludge Field 11.

***Per- and Polyfluoroalkyl Substances ("PFAS") are Toxic and Bioaccumulative, and Persist in the Environment and in our Bodies***

PFAS are a group of toxic man-made chemicals not found naturally in the environment. Because of their strong carbon-fluorine bonds, PFAS are extremely stable, are water and oil repellent, and are resistant to heat and chemical reactions. These physical and chemical properties have made PFAS particularly useful in many industrial and commercial applications, including surface protection products used in the manufacturing of carpets. However, these same properties also make PFAS an environmental hazard in that they are extremely mobile and persistent in the environment, will leach from soil to groundwater, and past contamination will remain for a long time and not break down. Further, as noted above, PFAS resist degradation during conventional wastewater treatment processes like that utilized at the Calhoun WPCP.

PFAS pose a significant threat to human health and the environment, even at extremely low concentrations measured in parts per *trillion* ("ppt"). PFAS, including PFOA and PFOS, cause a number of adverse human health impacts, including developmental effects in fetuses and infants, kidney and testicular cancer, liver malfunction, hypothyroidism, high cholesterol, ulcerative colitis, obesity, decreased immune response to vaccines, reduced hormone levels, delayed puberty, decreased fertility, and lower birth weight and size.[7] As these chemicals are highly mobile and water soluble, groundwater and surface water are particularly vulnerable to contamination, and a main source of human exposure to PFAS is through ingestion of contaminated drinking water.  As reflected by recent governmental and other comprehensive reviews and assessments, the clear weight of the epidemiological, toxicological, and other evidence demonstrates that human exposure to PFAS through ingestion of contaminated drinking water can cause an array of serious health effects.

In June of 2022, EPA established interim updated lifetime health advisories ("HALs") for PFOA and PFOS in drinking water of 0.004 ppt and 0.02 ppt, respectively, and a Final Health Advisory for PFBS of 2,000 ppt.[8] These HALs demonstrate that no level of exposure to PFOA or PFOS in drinking water is safe and that exposure to additional PFAS also carries with it significant risk to human health. On September 6, 2022, EPA proposed to designate PFOA and PFOS as Hazardous Substances under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"). 87 Fed. Reg. 54415 (Sept. 6, 2022). In making these proposed designations, EPA explained that it was taking such action "based on significant evidence that PFOA and PFOS may present a substantial danger to human health and welfare and the environment."[9]

In March 2023, in further recognition of the threat PFAS pose to human health through drinking water, EPA proposed national drinking water standards or Maximum Contaminant Levels ("MCLs") for six PFAS compounds.[10] EPA proposes to limit concentrations of PFOA and PFOS in drinking water systems to below 4 ppt,[11] yet a fraction of that concentration remains a health threat under EPA's HALs for these compounds.[12] EPA also proposes to limit PFBS, perfluorononanoic acid (**PFNA**), perfluorohexane sulfonic acid (**PFHxS**), and hexafluoropropylene oxide

---

[7] *E.g.,* EPA, Technical Fact Sheet: Drinking Water Health Advisories for Four PFAS (PFOA, PFOS, GenX chemicals, and PFBS) (June 2022), [hereinafter "EPA, PFAS Health Advisories Fact Sheet"]; Arlene Blum et al., *The Madrid Statement on Poly- and Perfluoroalkyl Substances (PFASs)*, 123 ENV'T. HEALTH PERSP. 5, A 107 (May 2015); Nathan J. Cohen, *Exposure to Perfluoroalkyl Substances and Women's Fertility Outcomes in a Singaporean Population-Based Preconception Cohort*, 873 SCI. TOTAL ENV'T 162267 (May 15, 2023).

[8] EPA, Lifetime Drinking Water Health Advisories for Four Perfluoroalkyl Substances, 87 Fed. Reg. at 36848–49; EPA, 2022 Drinking Water Health Advisories for PFAS, Fact Sheet for Communities (June 2022), https://www.epa.gov/system/files/documents/2022-06/drinking-water-ha-pfas-factsheet-communities.pdf.

[9] *Proposed Designation of Perfluorooctanoic Acid (PFOA) and Perfluorooctanesulfonic Acid (PFOS) as CERCLA Hazardous Substances*, U.S. EPA (Sept. 8, 2022), https://www.epa.gov/superfund/proposed-designation-perfluorooctanoic-acid-pfoa-and-perfluorooctanesulfonic-acid-pfos.

[10] PFAS National Primary Drinking Water Regulation, 88 Fed. Reg. 18638 (proposed Mar. 29, 2023).

[11] *Id.* at 18639.

[12] EPA's proposed Maximum Contaminant Level Goals ("MCLGs") remain at zero (0) ppt for PFOA and PFOS due to EPA's determination, based on the weight of the evidence, that both of these compounds are likely to be carcinogenic to humans.

(HFPO) dimer acid and its ammonium salt (referred to as **GenX**) in drinking water as a mixture, based on their combined health risks calculated using a formula referred to as a Hazard Index.[13] In developing this Hazard Index, EPA explained that it was "following recent peer-reviewed science that indicates mixtures of PFAS can pose a health risk greater than each chemical on its own."[14]

Other PFAS, including short-chain and other replacement chemistries, have also been demonstrated to be toxic, persistent, and bioaccumulative. In April of 2021, EPA released an updated PFAS Toxicity Assessment for **PFBS**,[15] a replacement chemical for PFOS, which showed that oral exposure to PFBS through ingestion of contaminated drinking water can cause health effects on the thyroid, reproductive organs and tissues, developing fetus, and the kidney.[16] As recognized in EPA's updated Toxicity Assessment for **PFBA**, this compound "can migrate in the environment and impact the quality of surface water and groundwater which may be used as sources of drinking water."[17] Similar to PFBS, exposure to a threshold concentration of **PFBA** is capable of "induc[ing] increased thyroid and liver weight and cellular changes in both organs, changes in thyroid hormones, decreased cholesterol, and delayed development and decreased red blood cells and hemoglobin."[18] And perfluorohexanoic acid (**PFHxA**), has been found to be "as persistent as" PFOA and PFOS in the environment, "while being mobile in soil and groundwater"[19] – capable of contaminating the environment far beyond the original source of the discharge.

As set forth in more detail below, Moss Land Company's disposal of significant amounts of PFAS-contaminated sludge on Sludge Field 11 has resulted in discharges of dangerously high levels of the foregoing and other PFAS compounds – a highly toxic mixture per the peer-reviewed science – from Sludge Field 11 into to the Coosawattee River.  These illegal discharges have and continue to occur just upstream of the Mauldin Road WTP drinking water intake and have caused the PFAS contamination of the Coosawattee River and the finished drinking water at the Mauldin Road WTP and have also contributed to the contamination of downstream waters. It is also likely that additional PFAS, including precursors, are present in these discharges. Given the persistent, bioaccumulative and toxic nature of PFAS, even once "adverse effects are identified, it will take

---

[13] PFAS National Primary Drinking Water Regulation, 88 Fed. Reg. at 18639–40.

[14] EPA, FAQ: Proposed PFAS National Primary Drinking Water Regulation, FAQs for Drinking Water Primary Agencies (March 2023) at 2, https://www.epa.gov/system/files/documents/2023-03/FAQs_PFAS_States_NPDWR_Final_3.14.23_0.pdf.

[15] A Toxicity Assessment is a written summary of the potential health effects associated with a chemical and identifies the dose levels at which those health effects may occur in order to calculate toxicity values. EPA, EPA Releases Updated PFBS Toxicity Assessment After Rigorous Scientific Review (April 8, 2021), https://www.epa.gov/newsreleases/epa-releases-updated-pfbs-toxicity-assessment-after-rigorous-scientific-review-0

[16] EPA Fact Sheet: Toxicity Assessment for PFBS (accessed September 1, 2023), https://www.epa.gov/chemical-research/learn-about-human-health-toxicity-assessment-pfbs.

[17] Fan Li et al., *Short-chain per- and polyfluoroalkyl substances in aquatic systems: Occurrence, impacts and treatment*, 380 CHEMICAL ENGINEERING J., at 5 (Aug. 2019), https://www.sciencedirect.com/science/article/abs/pii/S1385894719319096.

[18] Id. at 3.

[19] Id. at 5.

decades, centuries, or even longer to reverse [PFAS] contamination and reduce the harm to our health and the environment."[20]

### PFAS Contamination of the Coosawattee River

Sampling conducted in December of 2022 downstream of Sludge Field 11 at a point just before the Coosawattee River's confluence with the Conasauga River showed high levels of PFAS, including PFOA at 23.4 ppt, PFOS at 18.2 ppt, PFBS at 286 ppt, and total PFAS compounds at 415 ppt across fifteen PFAS analytes. In sharp contrast, sampling of the Coosawattee River conducted upstream of Sludge Field 11 on the same day found significantly lower levels of these same chemicals, with PFOS below 1 ppt and PFOA below 2 ppt, with both detected at concentrations below the laboratory reporting limit. Total PFAS compounds detected upstream of Sludge Field 11 in December of 2022 totaled only 14 ppt across fifteen PFAS analytes, or *thirty (30) times* less than the sample collected downstream of Sludge Field 11.

Similarly, sampling conducted in March of 2023 at the same location downstream of Sludge Field 11 in the Coosawattee River showed high levels of PFAS, including PFOA at 22.9 ppt, PFOS at 14 ppt, PFBS at 188 ppt, and total PFAS compounds at 297 ppt, while sampling at the same location upstream of Sludge Field 11 again showed significantly lower levels of these and other PFAS chemicals – many below detection levels – and only 12 ppt of total detected PFAS across these same fifteen PFAS analytes.

Samples of Coosawattee River sediment further demonstrates the adverse impact that Sludge Field 11 is having, and will continue to have, on the Coosawattee River, its aquatic ecosystem, and connected waters. A sediment sample collected in March of 2023 upstream of Sludge Field 11 from the Coosawattee River showed PFOS at a concentration below the applicable method detection limit, while a sediment sample collected downstream of Sludge Field 11 on the same day detected PFOS at 1,220 nanograms per kilogram (ng/Kg). Thus, PFAS, and PFOS in particular, are accumulating in the Coosawattee riverbed where these chemicals have and will continue to adversely impact water quality, aquatic health, and drinking water for many years.

### City of Calhoun/Gordon County Drinking Water Contamination

Calhoun's Mauldin Road WTP has a capacity of 18 MGD and provides the majority of drinking water for Calhoun and Gordon County. The Mauldin Road WTP uses an intake on the Coosawattee River downstream of Sludge Field 11 as the source of drinking water to serve thousands of residents, numerous businesses, and various public facilities in the western half of Gordon County.[21] *See* Figure. 1, above, Locations 3 & 4. As early as February of 2015, sampling of finished water from the Mauldin Road WTP showed it contained PFAS, including PFOA at 30 ppt and PFBS at 370 ppt. Sampling in November of 2015 confirmed high levels of PFAS in the finished drinking water, including 40 ppt of PFOA and 360 ppt of PFBS.

---

[20] Carol F. Kwiatkowski, et al., *Scientific Basis for Managing PFAS as a Chemical Class,* Environ. Sci. & Tech. Letters 2020, 7(8), 532-543 (June 30, 2020) (hereinafter "Kwiatkowski, 2020"), https://perma.cc/2CG2-WJC3.

[21] The Mauldin Road WTP has an emergency surface water intake on the Oostanaula River but does not regularly draw water from this intake. Nevertheless, since the Oostanaula River is likewise contaminated in part by PFAS from the Coosawattee River and Sludge Field 11, Moss Land Company's PFAS contamination of the Coosawattee likewise harms and may pose an imminent and substantial endangerment to users of the Mauldin Road WTP arising from water drawn from the emergency Oostanaula River intake.

On April 21 of 2021, EPD sampled the Mauldin Road WTP's finished water, and found it still contained 23 ppt of PFOA and 5.3 ppt of PFOS, for a combined (PFOA + PFOS) total of 28.3 ppt.[22] Calhoun conducted follow-up sampling in early May of 2021 which again confirmed that the Mauldin Road WTP's finished water was contaminated with PFAS, including PFOA at 14 ppt and PFOS at 7.7 ppt (21.7 ppt combined). Sampling of surface water at the Mauldin Road WTP Coosawattee intake on May 1, 2021, showed almost identical levels to the finished water – PFOA at 14 ppt, PFOS at 7.9 (21.9 ppt total).

As discussed above, EPA issued updated lifetime drinking water health advisories ("HALs") for PFOA, PFOS and other PFAS in June of 2022 based on new scientific information about these chemicals' health effects on humans. After issuance of the updated HALs, the finished water from the Mauldin Road WTP was again sampled for PFAS and the results demonstrate that this drinking water continues to be contaminated with PFAS far in excess of the HALs and safe consumption levels. In September of 2022, sampling revealed PFOA at 14 ppt and PFOS at 7.2 ppt, among other PFAS compounds, and sampling in October of 2022 showed PFOA at 15 ppt and PFOS at 5.8 ppt. As recently as January of 2023, sampling of the finished water from the Mauldin Road WTP found PFOA at 12 ppt and PFOS at 9.3 ppt, greatly exceeding the 2022 updated HALs and levels considered safe for human consumption.

## VIOLATIONS OF THE CLEAN WATER ACT

## I. DISCHARGING POLLUTANTS TO SURFACE WATERS WITHOUT AN NPDES PERMIT

Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants from a point source to waters of the United States except in compliance with, among other conditions, an NPDES permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342. Each discharge that is not authorized by a permit constitutes a separate violation of the CWA. 33 U.S.C. § 1319(d). The requirement for an NPDES Permit authorizing the discharges arose at the time Moss Land Company first discharged PFAS into surface waters from Sludge Field 11, and each day since that time is a violation of the CWA.

### A. Moss Land Company's Direct PFAS Discharges to the Coosawattee River

On at least the following occasions, Moss Land Company has violated the Clean Water Act, 33 U.S.C. § 1311(a), by discharging extremely high levels of PFAS, a pollutant under the CWA, from no fewer than three (3) discrete channels, ditches or conveyances located on Sludge Field 11, and Sludge Field ID 11-11 specifically, into the Coosawattee River, which constitutes waters of the State of Georgia and the United States, without an NPDES Permit authorizing the discharges. These conveyances collect surface water flow from other areas of Sludge Field 11 and discharge directly to the Coosawattee River.

- December 14, 2022: Discharge of PFAS from three (3) discrete channels, ditches, or conveyances on Field ID 11-11 at the following approximate locations into the Coosawattee River.

---

[22] EPD's sampling at the Mauldin Road WTP's Coosawattee intake on April 21, 2021, found very similar levels to what was detected in the finished drinking water – 24 ppt of PFOA and 5.1 ppt of PFOS – for a combined total of 29.1 ppt.

Sampling on this date demonstrated the discharges contained extremely high levels of at least the following PFAS compounds:[23]

- o **Conveyance 1 [34°32'35"N, 84°52'06"W]**: PFOA (4,540 ppt); PFOS (11,500 ppt); PFBS (23,500 ppt); PFHxA (2,130 ppt); PFPeA (3,830 ppt); NEtFOSAA (47 ppt); PFBA (1,760 ppt); FBSA (2,320 ppt); PFDA (885 ppt); PFHpS (157 ppt); PFHpA (1,000 ppt); PFHxS (509 ppt); PFNA (707 ppt); PFPeS (818 ppt); PFUnDA (33.5 ppt); Total PFAS (53,099 ppt)

- o **Conveyance 2 [34°32'28"N, 84°52'07"W]**: PFOA (15,200 ppt); PFOS (18,100 ppt); PFBS (151,000 ppt); PFHxA (10,300 ppt); PFPeA (19,500 ppt); NEtFOSAA (165 ppt); PFBA (7,900 ppt); FBSA (11,700 ppt); PFDA (775 ppt); PFHpS (352 ppt); PFHpA (4,610 ppt); PFHxS (1,750 ppt); PFNA (1,540 ppt); PFPeS (675 ppt); PFUnDA (82.5 ppt); Total PFAS (243,402 ppt)

- o **Conveyance 3 [34°32'22"N, 84°52'14"W]**: PFOA (8,840 ppt); PFOS (6,950 ppt); PFBS (98,500 ppt); PFHxA (8,280 ppt); PFPeA (12,100 ppt); NEtFOSAA (165 ppt); PFBA (5,970 ppt); FBSA (7,220 ppt); PFDA (132 ppt); PFHpS (197 ppt); PFHpA (3,550 ppt); PFHxS (1,320 ppt); PFNA (530 ppt); PFPeS (467 ppt); PFUnDA (82.5 ppt); Total PFAS (154,056 ppt)

- March 21, 2023: Discharge of PFAS from three (3) discrete channels, ditches, or conveyances on Field ID 11-11 at the following approximate locations into the Coosawattee River. Sampling on this date demonstrated the discharges contained extremely high levels of at least the following PFAS compounds:

- o **Conveyance 1 [34°32'35"N, 84°52'06"W]**: PFOA (2,400 ppt); PFOS (1,730 ppt); PFBS (20,300 ppt); PFHxA (1,520 ppt); PFPeA (2,240 ppt); NEtFOSAA (16.5 ppt); 6:2 FTS (16.5 ppt); PFePA (16.5 ppt); NMeFOSAA (16.5 ppt); PFBA (1,220 ppt); FBSA (1,650 ppt); PFDA (125 ppt); PFHpS (55.5 ppt); PFHpA (698 ppt); PFHxS (293 ppt); PFNA (152 ppt); PFOSAm (8.25 ppt); PFPeS (112 ppt); PFUnDA (8.25 ppt); Total PFAS (32,495 ppt)

- o **Conveyance 2 [34°32'28"N, 84°52'07"W]**: PFOA (14,200 ppt); PFOS (11,500 ppt); PFBS (99,300 ppt); PFHxA (8,520 ppt); PFPeA (14,300 ppt); NEtFOSAA (16.5 ppt); 6:2 FTS (132 ppt); PFePA (132 ppt); NMeFOSAA (132 ppt); PFBA (6,190 ppt); FBSA (9,940 ppt); PFDA (454 ppt); PFHpS (299 ppt); PFHpA (4,260 ppt); PFHxS

---

[23] References to the following PFAS compounds in their short form are also referred to as the following: 1H, 1H, 2H, 2H-Perfluorooctane sulfonic acid (6:2 FTS); 2H,2H,3H,3H-Perfluorooctanoic acid (5:3 FTCA) (FPePA); N-Ethylperfluorooctane sulfonamido acetic acid (NEtFOSAA); N-Methylperfluorooctane sulfonamido acetic acid (NMeFOSAA); Perfluorobutane sulfonic acid (PFBS); Perfluorobutanoic acid (PFBA); Perfluorobutylsulfonamide (FBSA); Perfluorodecanoic acid (PFDA); Perfluoroheptane sulfonic acid (PFHpS); Perfluoroheptanoic acid (PFHpA); Perfluorohexane sulfonic acid (PFHxS); Perfluorohexanoic acid (PFHxA); Perfluorononanoic acid (PFNA); Perfluorooctane sulfonamide (PFOSAm); Perfluorooctane sulfonic acid (PFOS); Perfluorooctanoic acid (PFOA); Perfluoropentane sulfonic acid (PFPeS); Perfluoropentanoic acid (PFPeA); Perfluoroundecanoic acid (PFUnDA).

(1,920 ppt); PFNA (1,170 ppt); PFOSAm (66 ppt); PFPeS (568 ppt); PFUnDA (66 ppt); Total PFAS (172,621 ppt)

**Conveyance 3 [34°32'22"N, 84°52'14"W]**: PFOA (6,840 ppt); PFOS (3,150 ppt); PFBS (72,200 ppt); PFHxA (5,560 ppt); PFPeA (8,530 ppt); NEtFOSAA (66 ppt); 6:2 FTS (66 ppt); PFePA (66 ppt); NMeFOSAA (66 ppt); PFBA (3,840 ppt); FBSA (5,030 ppt); PFDA (94.7 ppt); PFHpS (125 ppt); PFHpA (2,530 ppt); PFHxS (1,020 ppt); PFNA (326 ppt); PFOSAm (33 ppt); PFPeS (421 ppt); PFUnDA (33 ppt); Total PFAS (109,666 ppt)

Additionally, on at least the following dates, analytical results from sampling of the Coosawattee River at the Mauldin Road WTP surface water intake downstream of Sludge Field 11 demonstrate that these three (3) discrete channels, ditches, or conveyances were discharging PFAS into the Coosawattee River:

- <u>April 21, 2021:</u> PFOA (24 ppt); PFOS (5.1 ppt)

- <u>May 1, 2021:</u> PFOA (14 ppt); PFOS (7.9 ppt)

Each of these three (3) discrete channels, ditches, or conveyances, as well as Sludge Field 11 (including Sludge Field ID 11-11) constitute point sources under the Clean Water Act. As demonstrated by the longstanding and ongoing PFAS contamination of the Coosawattee River and the Mauldin Road WTP's finished drinking water, these direct discharges, which are illegal and unpermitted, continue and are ongoing. Moss Land Company does not have a NPDES Permit for these discharges, and therefore it has violated, and will continue to violate, the Clean Water Act's prohibition on unpermitted discharges each and every day it discharges PFAS to the Coosawattee River.

### B. Moss Land Company's "Functional Equivalent" Discharges of PFAS to the Coosawattee River via Groundwater

As evidenced by the PFAS sampling results cited herein, Moss Land Company has also, every day since at least September of 2018, been in continuous violation of 33 U.S.C. § 1311 by discharging PFAS from Sludge Field 11, sludge-spreading vehicles, trucks, and/or other sludge disposal instruments and machinery into the groundwater at Sludge Field 11, which is hydrologi-cally connected to the Coosawattee River, and then to the Coosawattee River. Due to the geology and hydrogeology at Sludge Field 11 and the nature of PFAS, these diffuse discharges of PFAS to the Coosawattee River through groundwater along Sludge Field 11's border with the river consti-tute the functional equivalent of a direct discharge to the Coosawattee River, as, among other fac-tors, the transit time and distance traveled are short, and any chemical alteration prior to discharge is generally only alteration to another PFAS.

Moss Land Company's unpermitted PFAS discharges to the Coosawattee River from Sludge Field 11, sludge-spreading vehicles, trucks, and/or other sludge disposal instruments and machinery via groundwater constitute point source discharges under the Clean Water Act. As demonstrated by the longstanding and ongoing PFAS contamination of the Coosawattee River and the Mauldin Road WTP's finished drinking water, these indirect discharges, which are illegal and

unpermitted, continue and are ongoing. Moss Land Company does not have a NPDES Permit for these discharges, and therefore it has violated, and will continue to violate, the Clean Water Act's prohibition on unpermitted discharges each and every day it discharges PFAS to the Coosawattee River via groundwater.

## VIOLATIONS OF THE RESOURCE CONSERVATION AND RECOVER ACT

Pursuant to Section 7002(a)(1)(B) of RCRA, 42 U.S.C § 6972(a)(1)(B), Moss Land Company is a "person" who has contributed or is contributing to the past or present handling, storage, treatment, transportation, or disposal of solid waste[24] which may present an imminent and substantial endangerment to human health or the environment. Calhoun and Moss Land Company's disposal of significant amounts of PFAS-contaminated sludge on Sludge Field 11 has, among other harms, resulted in the contamination of the Coosawattee River and the Mauldin Road WTP finished drinking water with PFAS, including PFOA and PFOS at levels greatly exceeding EPA's updated HALs and other PFAS at levels considered unsafe for human consumption. This PFAS contamination may pose an imminent and substantial endangerment to users of drinking water provided by the Mauldin Road WTP.

The PFAS present in the sludge/biosolids disposed of on Sludge Field 11 and ultimately discharged to the Coosawattee River by Moss Land Company also accumulate in fish and other aquatic life, and Moss Land Company's ongoing PFAS contamination not only exposes these organisms to harm but also creates another pathway for human exposure. Researchers have concluded that "[w]idespread PFAS contamination of freshwater fish in surface waters in the U.S. is likely a significant source of exposure to PFOS and potentially other perfluorinated compounds for all persons who consume freshwater fish, but especially for high frequency freshwater fish consumers."[25] Moreover, as set out herein, analytical results of PFAS sampling on multiple days upstream and downstream of Sludge Field 11, including sediment samples, demonstrates that Moss Land Company's disposal of PFAS-contaminated sludge on Sludge Field 11 has and continues to pollute the Coosawattee River and its aquatic ecosystem with PFAS, potentially exposing benthic life and the food chain to these toxic chemicals. This is particularly true for PFOS, which displays a particular affinity to fish tissue that humans often consume and has been found in river sediment downstream of Sludge Field 11. Thus, Moss Land Company's disposal of PFAS-contaminated sludge on Sludge Field 11 may pose an imminent and substantial endangerment to the environment, including, but not limited to, fish and other organisms that live in the Coosawattee River downstream of Sludge Field 11, and humans who consume those fish.

---

[24] RCRA defines "solid waste" as "any garbage, refuse, *sludge from a waste treatment plant*, water supply treatment plant … and other discarded material, including solid, liquid, semisolid, … from industrial, commercial, mining, and agricultural operations, and from community activities…". 42 U.S.C. § 6903(27) (emphasis added). RCRA defines disposal as "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water." 42 U.S.C. § 6903(3). To the extent PFOA, PFOS or any other PFAS compound is subsequently designated as a "hazardous waste" under RCRA or CERCLA, CRBI adopts and incorporates that definition herein, alleging Calhoun's disposal of such hazardous waste as a violation of RCRA as fully set forth herein.

[25] Nadia Barbo et al., *Locally Caught Freshwater Fish Across the United States Are Likely A Significant Source of Exposure to PFOS and Other Perfluorinated Compounds*, 220 Env't Res. 115165 at 9 (2023).

Further, there are additional communities downstream of Sludge Field 11 and the Coosawattee River whose drinking water supplies have been contaminated with PFAS, including but not limited to PFOA and PFOS, in part due to the discharges of PFAS from Sludge Field 11 and the contamination it has caused in the Coosawattee River. These include the cities of Rome, Georgia, whose primary surface water intake is on the Oostanaula River, Centre Alabama, whose intake is on Weiss Lake, and Gadsden, Alabama, whose intake is on the Coosa River downstream of Weiss Lake. Moss Land Company's disposal of PFAS-contaminated sludge on Sludge Field 11 may present an imminent and substantial endangerment to users of these drinking water systems as well.

As demonstrated by the analytical results of PFAS sampling in and around Sludge Field 11 presented herein, as well as the evidence of the toxicity, persistence, and mobility of PFAS, Moss Land Company's disposal of PFAS-contaminated sludge on Sludge Field 11 has and will continue to create an ongoing endangerment to health and the environment, including those identified above, in violation of RCRA.

## **CONCLUSION**

Thank you for your prompt attention to the ongoing, serious violations of federal law and permitting requirements. Please be advised that CRBI, at the expiration of sixty (60) days from the date of this letter, intends to file a citizen suit against Moss Land Company, LLC under 33 U.S.C. § 1365(a)(1) of the CWA for the violations set forth above. In addition to the violations explicitly set forth herein, this Notice covers all CWA violations of the same type evidenced by information which becomes available after the date of this Notice. Pursuant to the CWA, we will seek civil penalties for the violations of up to $59,973 per day for each violation, attorney's fees and costs, as well as an injunction against continued violations.

At the expiration of ninety (90) days from the date of this letter, CRBI intends to file a citizen suit against Moss Land Company, LLC under 42 U.S.C. § 6972(a)(1)(B) of RCRA and will seek injunctive relief to remedy the imminent and substantial endangerment, including, but not limited to, the removal of PFAS-contaminated sludge from Moss Land Company's property (Sludge Field 11) upstream of the Mauldin Road WTP drinking water intake on the Coosawattee River. CRBI will also seek civil penalties of up to $81,540 per day of violation as well as attorney's fees and costs.

During the relevant notice periods, CRBI is willing to discuss effective remedies for the violations detailed in this letter. If you wish to pursue negotiations in the absence of litigation, you should initiate such negotiations well before the expiration of the applicable notice periods so that they can be completed, and violations ceased, prior to the date the notice periods elapse.

Respectfully,

James S. Whitlock

Christopher J. Bowers

Hutton Brown

cc:     Merrick Garland
        U.S. Attorney General
        U.S. Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530-0001

        Mr. Jeff Cown, Director
        Georgia Department of Natural Resources
        Environmental Protection Division
        2 Martin Luther King Jr. Drive, SE
        14th Floor East Tower, Suite 1456
        Atlanta, GA 30334-9000

Attachment A



| FIELD ID | USABLE ACREAGE (ACRES) | SITE COORDINATES |
|---|---|---|
| 11-01 | 22 | 34.55°, -084.865° |
| 11-02 | 203 | 34.554°, -084.87° |
| 11-03 | 212 | 34.554°, -084.859° |
| 11-04 | 108 | 34.545°, -084.86° |
| 11-05 | 221 | 34.539°, -084.852° |
| 11-06 | 104 | 34.539°, -084.863° |
| 11-07 | 9 | 34.546°, -084.852° |
| 11-08 | 20 | 34.534°, -084.88° |
| 11-09 | 60 | 34.53°, -084.877° |
| 11-10 | 72 | 34.534°, -084.875° |
| 11-11 | 50 | 34.54°, -084.868° |
| 11-12 | 32.2 | 34.565°, -084.864° |

| CITY OF CALHOUN CALHOUN, GEORGIA 30701 | CITY OF CALHOUN LAND APPLICATION SITE 11 PINE CHAPEL ROAD & MOSS ROAD CALHOUN, GEORGIA 30701          PHONE: (706) 629-4701 | SCALE: 1" = 2000' 10' CONTOURS | DATE | REVISIONS | DESIGNED BY: DRAWN BY: H. BARNETTE DATE:6/6/22 | SHEET 1 of 1 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  *James Hyde, Moss Land Company LLC*
Street and Apt. No., or PO Box No.  *2842 Red Bud Road NE*
City, State, ZIP+4®  *Calhoun, GA 30701*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7018 1130 0000 0670 8745

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*James Hyde*
*Moss Land Company LLC*
*2842 Red Bud Road NE*
*Calhoun, GA 30701*

9590 9402 4302 8190 1726 14

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Help

# Product Tracking & Reporting

 UNITED STATES POSTAL SERVICE®

Home        Search        Reports        Manual Entry        Rated Commitments        PTR - EDW        Customer Information

March 04, 2024

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 7018 1130 0000 0670 8745**

Tracking Expires On
November 3, 2025

### Destination and Origin

#### Destination

| ZIP Code | City | State |
|----------|------|-------|
| 307019563 | CALHOUN | GA |

#### Origin

| ZIP Code | City | State |
|----------|------|-------|
| 288013305 | ASHEVILLE | NC |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| Class/Service: | First-Class Mail® |
| Class of Mail Code/Description: | FC / First Class |

#### Destination Address Information

| | |
|---|---|
| Address: | 2842 RED BUD RD NE |
| City: | CALHOUN |
| State: | GA |
| 5-Digit ZIP Code: | 30701 |
| 4-Digit ZIP Code add on: | 9563 |
| Delivery Point Code: | 42 |
| Record Type Code: | Street Record |
| Delivery Type: | Residential, Sidewalk |

#### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 28801 |
| 4-Digit ZIP Code add on: | 3305 |

#### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 11/06/2023 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 03 |
| PO Box: | N |
| Other Information: | Service Calculation Information |

#### Payment

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $1.59 |
| Weight: | 0 lb(s) 2.00 oz(s) |
| Rate Indicator: | SINGLE PIECE - FLAT |

#### Other Information

| | |
|---|---|
| Related Product: | 9590 9402 4302 8190 1726 14 |

Agent Information

Request Internal USPS Tracking Plus Statement

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | $4.35 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERED, LEFT WITH INDIVIDUAL | 01 | 11/07/2023 | 13:38 | CALHOUN, GA 30701 | Scanned | MDD TR D011A03890 (interface type - wireless) | Scanned by route 0701R012 | 11/07/2023 12:43:04 | Facility Finance Number: 121309 Request Delivery Record View Delivery Signature and Address GEO Location Data Available |
| ENROUTE/PROCESSED | 10 | 11/06/2023 | 19:49 | CHATTANOOGA, TN 37421 | Scanned | AFSM100-001-2 | | 11/06/2023 18:58:03 | Weight: 0 lb(s) 0.00 oz(s) |
| ENROUTE/PROCESSED | 10 | 11/06/2023 | 14:11 | CHATTANOOGA, TN 37421 | Scanned | AFSM100-001-3 | | 11/06/2023 13:16:06 | Weight: 0 lb(s) 0.00 oz(s) |
| ENROUTE/PROCESSED | 10 | 11/06/2023 | 00:09 | CHATTANOOGA, TN 37421 | Scanned | AFSM100-001-1 | | 11/06/2023 01:17:27 | Weight: 0 lb(s) 0.00 oz(s) |
| ENROUTE/PROCESSED | 10 | 11/05/2023 | 15:00 | CHATTANOOGA, TN 37421 | Scanned | AFSM100-001-1 | | 11/05/2023 14:00:05 | Weight: 0 lb(s) 0.00 oz(s) |
| ENROUTE/PROCESSED | 10 | 11/04/2023 | 22:02 | NASHVILLE, TN 37227 | Scanned | AFSM100-002-1 | | 11/04/2023 22:12:36 | Container ID: 37300236111382330325404 0 lb(s) 0.00 oz(s) |
| IN TRANSIT TO NEXT FACILITY | NT | 11/04/2023 | 18:48 | | System Generated | | | 11/04/2023 17:57:03 | |
| ENROUTE/PROCESSED | 10 | 11/03/2023 | 21:48 | GREENVILLE, SC 29607 | Scanned | AFSM100-002-3 | | 11/03/2023 21:45:07 | Weight: 0 lb(s) 0.00 oz(s) |
| DEPART POST OFFICE | SF | 11/03/2023 | 17:01 | ASHEVILLE, NC 28801 | System Generated | | | 11/03/2023 16:15:03 | Closeout Label ID: CT13 8694 5000 2311 0316 0218 000 |
| DEPART USPS FACILITY | L1 | 11/03/2023 | 17:01 | ASHEVILLE, NC 28801 | Container Generated | tMD 18252D833F | | 11/03/2023 16:27:05 | Container ID: 99S296--RB03VIK4ZV9930575573662 Container Type: ERMC |
| CONTAINER CLOSE | C1 | 11/03/2023 | 17:00 | ASHEVILLE, NC 28802 | Container Generated | 18252D833F | | 11/03/2023 16:42:07 | Container ID: 99S296--RB03VIK4ZV9930575573662 Container Type: ERMC |
| CONTAINER CLOSE | C1 | 11/03/2023 | 17:00 | ASHEVILLE, NC 28801 | Container Generated | tMD 18252D833F | | 11/03/2023 16:27:05 | Container ID: 99S296--RB03VIK4ZV9930575573662 Container Type: ERMC |
| ACCEPT OR PICKUP | 03 | 11/03/2023 | 16:21 | ASHEVILLE, NC 288013305 | Scanned | RSS POS | Destined to route R012 | 11/03/2023 15:50:07 | Facility Finance Number: 360312 Weight: 0 lb(s) 2.00 oz(s) |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ∨    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.2.2-b26a9ad8

Help

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

Home    Search    Reports    Manual Entry    Retail Compliments    PTR / EDW    Customer Information

March 24, 2024

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: 7018 1130 0000 0670 8745**

**This item was delivered on 11/07/2023 at 13:38:00**

< Return to Tracking Number View



| | |
|---|---|
| Signature | |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ▾    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 24.2.2-b26a9ad8

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Washington DC 20460

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| | $3.55 |
| | 0301 |
| | 24 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

| | |
|---|---|
| Postage | $1.59 |
| Total Postage and Fees | $9.49 |

09/15/2023

Sent To  Michael S. Regan, Office of the Administrator, EPA
Street and Apt. No., or PO Box No. 1200 Pennsylvania Ave, NW, Mail Code 1101A
City, State, ZIP+4® Washington, DC 20460

7018 1130 0000 0670 8998

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael S. Regan, Administrator
EPA
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Ave, NW
Washington, DC 20460

9590 9402 4302 8190 1726 90

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

OCT 6 - 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Atlanta, GA 30303

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.83 |
| $ | |
| Total Postage and Fees | $9.73 |

0301
24

Postmark
Here

09/15/2023

Sent To Jeanceanne Gettle, Acting Region Administrator, EPA Region 4
Street and Apt. No., or PO Box No. 61 Forsyth Street SW
City, State, ZIP+4® Atlanta, GA 30303-3104

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 0670 8677

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Jeanceanne Gettle, Acting Regional Administrator
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

9590 9402 4302 8190 1727 06

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S Black                          9.21.23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Atlanta, GA 30334                    OFFICIAL USE

| Certified Mail Fee | $4.35 | |
| $ | $3.55 | 0301 |
| Extra Services & Fees (check box, add fee as appropriate) | | 24 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | $1.83 | |
| $ | | 09/15/2023 |
| Total Postage and Fees | $9.73 | |

Sent To Anna Truszcynshi, Watershed Protection Branch, GA DNR EPD
Street and Apt. No., or PO Box No. 2 Martin Luther King Jr Dr., Ste 1470-A East
City, State, ZIP+4® Atlanta, GA 30334

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 0490 8784

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Anna Truszcynshi, Chief
Watershed Protection Branch
GA DNR - Environmental Protection Division
2 Martin Luther King Jr Dr., Ste 1470-A East
Atlanta, GA 30334

9590 9402 4302 8190 1728 74

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Nicki                    ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
NICKI DORSEY                           9/19/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Atlanta, GA 30334

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.35 | 0301 |
| $ $3.55 | 24 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.83 | |
| $ | 09/15/2023 |
| Total Postage and Fees $9.73 | |

Sent To
Chuck Mueller Land Protection Branch, GA DNR, EPD
Street and Apt. No., or PO Box No.
2 Martin Luther King Jr. Dr, Ste 1054 E Floyd Tower
City, State, ZIP+4®
Atlanta, GA 30334-9000

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7018 1130 0000 0470 1699

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Chuck Mueller, Chief
Land Protection Branch
GA-DNR Environmental Protection Division
2 Martin Luther King Jr Dr SE, Ste 1054 E Tower
Atlanta, GA 30334-9000

9590 9402 4302 8190 1725 60

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
9-19-23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Washington DC 20530

| Certified Mail Fee | $4.35 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | $3.55 | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.83 | |
| Total Postage and Fees | $9.73 | |

0301
24

Postmark
Here

09/15/2023

7018 1130 0000 0490 8707

Sent To *Merrick Garland US Attorney General, Dept of Justice*
Street and Apt. No., or PO Box No. *950 Pennsylvannia Ave. NW*
City, State, ZIP+4 *Washington, DC 20530-0001*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Merrick Garland U.S. Attorney General
Dept. of Justice
950 Pennsylvannia Ave. NW
Washington, DC 20530-0001*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4302 8190 1725 84

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
2023

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DH

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Atlanta GA 30334

**OFFICIAL USE**

Certified Mail Fee $4.35       0301
$                                24

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.83
$                                    09/15/2023

Total Postage and Fees
$ $9.73

Sent To
Jeff Cown, Director, GA DNR, Envn. Protection Division
Street and Apt. No., or PO Box No.
2 MLK Jr Dr SE, 14th Fl East Tower, Ste 1456
City, State, ZIP+4®
Atlanta GA 30334-9000

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 0670 8714

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jeff Cown, Director
GA DNR - Environmental Protection Division
2 Martin Luther King Jr Dr, SE
14th Floor East Tower, Ste 1456
Atlanta, GA 30334-9000

9590 9402 4302 8190 1725 77

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                  9-19.23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt