# Exhibit C

**SOUTHERN ENVIRONMENTAL LAW CENTER**

Ten 10th Street NW, Suite 1050
Atlanta, GA 30309

Telephone 404-521-9900
Facsimile 404-521-9909

October 12, 2023

*Via Certified Mail; Return Receipt Requested*

Hon. James F. Palmer
Mayor, City of Calhoun
PO Box 248
Calhoun, GA 30703

Kyle Ellis
Water & Sewer Director
City of Calhoun
700 West Line Street
Calhoun, GA 30703

Mr. Michael S. Regan, Administrator
Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Ms. Jeaneanne Gettle
Acting Regional Administrator
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Ms. Anna Truszcynski, Chief
Watershed Protection Branch
Georgia Department of Natural Resources
Environmental Protection Division
2 Martin Luther King Jr. Drive
Suite 1470-A East
Atlanta, GA 30334

Mr. Chuck Mueller, Chief
Land Protection Branch
Georgia Department of Natural Resources
Environmental Protection Division
2 Martin Luther King Jr. Drive, SE
Suite 1054, East Floyd Tower
Atlanta, GA 30334-9000

Re:   Supplemental Notice of intent to sue the City of Calhoun over PFAS discharges and contamination in violation of the Clean Water Act

Ladies and Gentlemen:

On behalf of Coosa River Basin Initiative ("CRBI"), this letter serves as notice of its intent to commence a legal action in United States District Court against the City of Calhoun, Georgia ("Calhoun"), owner and operator of the Calhoun Water Pollution Control Plant ("WPCP"), located in Calhoun, Georgia, for ongoing violations of the Clean Water Act.

Reference is made to that certain Notice of intent to sue the City of Calhoun for violations of the Clean Water Act and the Resource Conservation and Recovery Act dated September 15, 2023, a copy of which is attached hereto as Attachment A (the "CRBI September Notice of Intent – Calhoun"). Unless otherwise defined herein, capitalized terms and acronyms used in this letter shall have the meaning set forth in the CRBI September Notice of Intent – Calhoun.

On August 28, 2023, Georgia EPD issued to the City of Calhoun a National Pollutant Discharge Elimination System (NPDES) permit for the Calhoun Water Pollution Control Plant, Permit No. GA0030333, with an effective date of September 1, 2023 (the "Calhoun 2023 NPDES Permit"). The Calhoun 2023 NPDES Permit is a renewal of the February 10, 2016 NPDES Permit effective March 1, 2016 ("Calhoun 2016 NPDES Permit") referenced in the

City of Calhoun, Georgia
October 12, 2023
Page 2

CRBI September Notice of Intent – Calhoun. The requirements imposed on the City of Calhoun under **Part II.A.10**, **Part II.A.11**, and **Part III.A** in both the Calhoun 2016 NPDES Permit and the Calhoun 2023 NPDES Permit are the same, and Calhoun is in violation of both of these permits, and in turn, the Clean Water Act.[1]

The City of Calhoun is in continuing violation of Part II.A.10, Part II.A.11, and Part III.A of the Calhoun 2023 NPDES Permit just as it is in violation of the same terms imposed by the NPDES Permit issued to it in 2016. CRBI adopts and incorporates the CRBI September Notice of Intent – Calhoun as if fully stated herein, including but not limited to the discussion set forth in pages 2-3, 17-25 detailing Calhoun's violations of its NPDES Permit. Unless these violations are fully redressed, CRBI will file a lawsuit under the citizen suit provisions of the Clean Water Act, 33 U.S.C. § 1365 after the applicable notice period has expired.

**Persons Responsible for Violations, Persons Giving Notice, Legal Counsel, and Notice of Intent to Sue under the Clean Water Act.**

CRBI adopts and incorporates its September Notice of Intent – Calhoun as to the Persons Responsible for Violations, Persons Giving Notice, Legal Counsel, and Notice of Intent to sue under the Clean Water Act as if fully set forth herein.

Sincerely,

*Christopher J. Bowers*

Christopher J. Bowers

*[signature]*

James S. Whitlock

Encl.

cc:  Merrick Garland
     U.S. Attorney General
     U.S. Department of Justice
     950 Pennsylvania Ave., NW
     Washington, DC 20530-0001

     Mr. Jeff Cown, Director
     Georgia Department of Natural Resources
     Environmental Protection Division

---

[1] The header language in Part II.A.10 of the Calhoun 2016 NPDES Permit reads "ADVERSE IMPACT" while the header language in Part II.A.10 of the Calhoun 2023 NPDES Permit reads "DUTY TO MITIGATE" – but the substantive language of this provision is identical in both NPDES permits.

City of Calhoun, Georgia
October 12, 2023
Page 3

      2 Martin Luther King Jr. Drive, SE
      14th Floor East Tower, Suite 1456
      Atlanta, GA 30334-9000







## Certified Mail Receipts and Return Receipts

### Receipt 1

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Calhoun, GA 30703
- Certified Mail Fee: $4.35
- Extra Services & Fees:
  - Return Receipt (hardcopy): $0.00
  - Return Receipt (electronic): $0.00
  - Certified Mail Restricted Delivery: $0.00
  - Adult Signature Required: $0.00
  - Adult Signature Restricted Delivery: $0.00
- Postage: $2.07
- Total Postage and Fees: $9.97

Postmark: SEP 15 2023, 09/15/2023, MIDTOWN POST OFFICE, 172 WEST PEACHTREE ST, ATLANTA GA 30309-9998

ATTN: Kyle Ellis, Water & Sewer Director
City of Calhoun
700 West Line Street, Calhoun, GA 30703

Article Number: 7021 1970 0000 3422 8332

**Return Receipt (PS Form 3811):**
- Article Addressed to: ATTN: Mr. Kyle Ellis, Water & Sewer Director, City of Calhoun, 700 West Line Street, Calhoun, GA 30701
- Article Number: 9590 9402 6939 1104 4723 07
- A. Signature: Lavonda Roberts (Agent)
- B. Received by (Printed Name): Lavonda Roberts
- C. Date of Delivery: 9-19-23
- Service Type: Certified Mail®
- Postmark: SEP 19 2023

### Receipt 2

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Atlanta, GA 30334
- Certified Mail Fee: $4.35
- Extra Services & Fees: $0.00 each
- Postage: $2.07
- Total Postage and Fees: $9.97

Postmark: SEP 15 2023, 09/15/2023

ATTN: Anna Truszcynski, GA EPD, Watershed Branch
2 Martin Luther King Jr. Drive, Suite 1470-A East
Atlanta, GA 30334

Article Number: 7021 1970 0000 3422 8295

**Return Receipt (PS Form 3811):**
- Article Addressed to: ATTN: Anna Truszcynski, Chief, Watershed Protection Branch, GA DNR Environmental Protection Division, 2 MLK Jr. Drive, Suite 1470-A East, Atlanta, GA 30334
- Article Number: 9590 9402 6939 1104 4722 77
- A. Signature: Nicki Dorsey (Agent)
- B. Received by (Printed Name): Nicki Dorsey
- C. Date of Delivery: 9/19/23
- D. Is delivery address different from item 1? Yes
- Service Type: Adult Signature; Certified Mail®

### Receipt 3

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Atlanta, GA 30303
- Certified Mail Fee: $4.35
- Extra Services & Fees: $0.00 each
- Postage: $2.07
- Total Postage and Fees: $9.97

Postmark: SEP 15 2023, 09/15/2023

ATTN: Jeaneanne Gettle, Acting Reg. Administrator
US EPA Region 4, Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW, Atlanta, GA 30303-3104

Article Number: 7021 1970 0000 3422 8325

**Return Receipt (PS Form 3811):**
- Article Addressed to: ATTN: Jeaneanne Gettle, Acting Reg. Administrator, US EPA, Region 4, Sam Nunn Atlanta Federal Center, 61 Forsyth Street, SW, Atlanta, GA 30303-3104
- Article Number: 9590 9402 6939 1104 4722 60
- A. Signature: (signed)
- B. Received by (Printed Name): S Black
- C. Date of Delivery: 9.21.23
- Service Type: Adult Signature; Certified Mail®

### Receipt 4

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Washington, DC 20460
- Certified Mail Fee: $4.35
- Extra Services & Fees: $0.00 each
- Postage: $2.07
- Total Postage and Fees: $9.97

Postmark: SEP 15 2023, 09/15/2023

Michael S. Regan, U.S. EPA, Office of Administrator
Mail Code 1101A
1200 Pennsylvania Ave, NW, Washington, DC 20460

Article Number: 7021 1970 0000 3422 8268

**Return Receipt (PS Form 3811):**
- Article Addressed to: ATTN: Michael S. Regan, Administrator, U.S. EPA, Office of the Administrator, Mail Code 1101A, 1200 Pennsylvania Avenue, NW, Washington, DC 20460
- Article Number: 9590 9402 6939 1104 4722 53
- A. Signature: (blank)
- B. Received by (Printed Name): (blank)
- Postmark: OCT 6 2023
- Service Type: Adult Signature; Certified Mail®